IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN MUNOZ; S TO N TRANSPORT, LLC; BENITO ALMAGUER; MARIA BALDERAS; JULIO GARCIA; and ANTONIO GUERRERO, Plaintiffs, | § § § § § § § | No. 15-CV-507 |
| v. | § § | DECLARATORY RELIEF SOUGHT |
| CITY OF HIDALGO, TEXAS Defendant. | § § | |

**Stipulation of Dismissal**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The parties hereby stipulate that the above-captioned cause of action shall be dismissed. This stipulation is made on behalf of all plaintiffs, and Defendant City of Hidalgo, the only defendant named in the case.[1]

Respectfully submitted,

_____/s/ Jerad Najvar_____
Jerad Wayne Najvar
Texas Bar No. 24068079
NAJVAR LAW FIRM
4151 Southwest Fwy #625
Houston, TX 77027
281.404.4696 phone
281.582.4138 fax
jerad@najvarlaw.com
*Attorney-in-Charge for Plaintiffs*

---

[1] This Court granted Plaintiffs' motion to amend and file their First Amended Complaint, which would have added Rodolfo Espinoza, Chief of Police for the City of Hidalgo, as a defendant. [Doc. 22.] The Court directed that the amended complaint be filed by November 9. *Id.* The amended complaint has not been filed in light of the decision to dismiss.

1

Agreed on behalf of Defendant City of Hidalgo:

By:   *Ricardo J. Navarro*
      RICARDO J. NAVARRO
      Attorney In Charge
      State Bar No. 14829100
      So. Dist Id No. 5953
      rjnavarro@rampage-rgv.com

By:   *Robert L. Drinkard*
      ROBERT L. DRINKARD
      State Bar No. 24007128
      So. Dist Id No. 1998
      **DENTON NAVARRO ROCHA BERNAL**
      **HYDE & ZECH**
      **A Professional Corporation**
      701 E. Harrison Ste 100
      Harlingen, Texas 78550
      956/421-4904
      956/421-3621
      **COUNSEL FOR DEFENDANT**
      **CITY OF HIDALGO TEXAS**

### Certificate of Service

I certify that a true and correct copy of the foregoing document, and any accompanying exhibits and proposed order, have been served upon the following on November 11, 2016:

RICARDO J. NAVARRO
Denton, Navarro, Rocha, Bernal,
Hyde & Zech
A Professional Corporation
701 E. Harrison, Ste. 100
Harlingen, Texas 78550
**By CM/ECF**

Robert L. Drinkard
Denton, Navarro, Rocha, Bernal,
Hyde & Zech
A Professional Corporation
701 E. Harrison, Ste. 100
Harlingen, Texas 78550
**By CM/ECF**

_____/s/ **Jerad Najvar**_____
Jerad Najvar

2