IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN MUNOZ; S TO N TRANSPORT, LLC; BENITO ALMAGUER; MARIA BALDERAS; JULIO GARCIA; and ANTONIO GUERRERO,<br>Plaintiffs,<br><br>v.<br><br>CITY OF HIDALGO, TEXAS<br>Defendant. | § § § § § § § § § § § § | No. 15-CV-507 |

**<u>PROPOSED ORDER</u>**

The parties have filed a stipulation of dismissal of this cause of action. The stipulation is agreed by all parties to the action.

In light of the parties' stipulation, IT IS HEREBY ORDERED that this cause of action is dismissed.

SO ORDERED this _____ day of _____ 2016

_____
UNITED STATES DISTRICT JUDGE